IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ABC DORAL TRADE CORP., A
FLORIDA CORPORATION,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D14-3937

v.

FOX ON TIME INVESTMENT,
LLC,

      Appellee.

_____/

Opinion filed March 9, 2015.

An appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

Eric C. Roberson, of Eric C. Roberson, P.A., Jacksonville, for Appellant.

David S. Wainer, I I I, Jacksonville Beach, and Diane G. Cassaro, Jacksonville, for
Appellee.

PER CURIAM.

     AFFIRMED.

CLARK, MARSTILLER and SWANSON, JJ., CONCUR.